**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| IN RE: | Douglas Wade Lilly, Jr. | CHAPTER 13 |
| | SSN XXX-XX-1504 | Case No. 14-60581 |
| | Kira Brown Lilly | |
| | SSN XXX-XX-3210 | |
| | | |
| | Debtor(s) | |

**AMENDED**
**ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE**
**(Automatic Payment From Employer)**

The above-named debtor(s) filed a Chapter 13 petition on **MARCH 28, 2014**, hereupon subjecting all wages and property of the debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

Pursuant to 11 U.S.C. Section 1326(a)(1), it is

O R D E R E D:

That **SL WILLIAMSON, INC., ATTN PAYROLL, 1230 RIVER ROAD, CHARLOTTEVILLE, VA 22911**, Employer of Debtor Douglas Lilly, Jr., is hereby directed to pay unto the duly appointed Trustee, and with all payments made to, ***HERBERT L. BESKIN, TRUSTEE, P. O. BOX 1961, Memphis, TN 38101-1961, (434) 817-9913***, commencing with the next pay period, the sum of **$350.00 PER MONTH FOR 54 MONTHS BEGINNING JUNE 28, 2014, THEN $773.00 PER MONTH FOR 6 MONTHS.**

If payment herein is being made by the employer, such employer is directed to withhold said sum from the debtor's wages, after deducting such amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and forward to the Trustee. The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b).

Copies of this order are directed to be mailed to the debtor(s), counsel for the debtor(s), the trustee, and to the debtor(s) employer, if to be wage deduction.

DATED: 5/20/14

Prepared by:

/s/ Marshall M. Slayton_____       _____
Attorney's Name                                                                       Rebecca B. Connelly
                                                                                               U. S. Bankruptcy Judge

By endorsing this Order the Attorney certifies
that this Amended Order does not decrease the
amount of the monthly plan payments.

*DEBTOR'S NAME AND CASE NUMBER MUST BE ON ALL PAYMENTS*

Revised 2/27/07
Form T-2