U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg (Charlottesville) Division

IN RE: Douglas Wade Lilly, Jr.                                  Chapter 13
      Kira Brown Lilly                                          Case No. 14-60581

        Debtors

## OBJECTION TO CLAIM; ORDER AND NOTICE
## OF OPPORTUNITY FOR HEARING

The undersigned movant, by counsel, objects to the following claim for the reasons stated:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT | OBJECTIONS |
|---|---|---|---|
| 6 | Martha Jefferson Hospital<br>500 Martha Jefferson Drive<br>Charlottesville, VA  22911 | $115.90 | This claim was filed as a priority claim.  There is no basis under the Code for medical debts to be treated as priority debts, and therefore the claim should be changed to 100% unsecured |

WHEREFORE, the undersigned prays that the Court, after notice and an opportunity for hearing, sustain the objections or make other determination as is appropriate.

DATED May 23, 2014.

        Respectfully submitted,

        DOUGLAS WADE LILLY, JR.
        KIRA BROWN LILLY

        By Counsel

/s/ Marshall M. Slayton
MARSHALL M. SLAYTON, VSB # 37362
BOYLE, BAIN, REBACK & SLAYTON

420 PARK STREET
CHARLOTTESVILLE, VA  22902
(434) 979-7900
Counsel for Debtor/Movant

-------------------------------------------------------------------------------------------------------

     It appearing to the Court proper so to do, it is ORDERED that the claimants shall have thirty (30) days from the date of service of this Order to file with the United States Bankruptcy Court at the address shown below, and serve upon the Movants at the address given above and the Trustee, if the Trustee is not the Movant, a written response to said objections, and absent same, the claimants shall be in default and the Movants may tender an Order sustaining the objection without further notice or hearing.

     If the claimants timely file a response to the Movants' objections and requests a hearing upon same, a hearing shall be held in the United States Bankruptcy Court, U.S. Courthouse and Federal Building, 255 West Main Street, Charlottesville, VA 22902, on July 14, 2014 at 9:30 a.m. upon the Movants' objection to claim and the claimants' response thereto. The claimants must be present in person or represented by counsel at said hearing.

     The Movants shall serve a copy of this Order, <u>within seven (7) days of the date of this Order</u>, upon all claimants and certify service in writing to the Court.

DATED:  May 23, 2014

_____
U.S. BANKRUPTCY JUDGE

-------------------------------------------------------------------------------------------------------

I hereby certify that I have this date mailed a true copy of the foregoing Objection and Order to the claimant at the address(es) above, or to their counsel, and the Debtor in this case, and to the Trustee via ECF.

DATED:_____      _____
                                                                             Marshall M. Slayton
                                                                             Attorney for Debtor/Movant

Clerk, U.S. Bankruptcy Court
1101 Court Street, Lynchburg, VA 24504
(434) 845-0317